**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARRIVA MEDICAL LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>and<br><br>SYLVIA MATHEWS BURWELL,<br><br>Secretary of the United States Department of Health and Human Services,<br><br>and<br><br>ANDY SLAVITT,<br><br>Administrator of the Centers for Medicare & Medicaid Services,<br><br>    Defendants. | Case No. 1:16-cv-2521<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65.1 of the United States District Court for the District of Columbia, Plaintiff, Arriva Medical LLC ("Arriva" or "Plaintiff"), moves for a preliminary injunction compelling Defendants, U.S. Department of Health and Human Services, Sylvia Mathews Burwell, in her capacity as Secretary of Health and Human Services, and Andy Slavitt, in his capacity as Administrator of the Centers for Medicare & Medicaid Services ("CMS"), (collectively, "the Government"), to stay the effectiveness of CMS's revocation of Arriva's billing rights until the administrative review process required under 42 C.F.R. § 498.5 is complete.

Plaintiff seeks injunctive relief because (1) it is likely to succeed on the merits of its claim that it is entitled to a pre-deprivation hearing; (2) Plaintiff will be irreparably harmed if it does not receive relief; (3) the equities favor granting the relief requested; and (4) it is in the public interest to grant the relief as the deprivation of due process will inflict reputational, economic, and health-related injuries on Plaintiff and the Medicare beneficiaries of its medically-necessary services. Plaintiff has no adequate remedy at law. The government has previously committed to this Court that it will not terminate Arriva's competitive bidding contract until the administrative review process is complete, but has been unwilling to stay its revocation decision.

This Motion is supported by an accompanying Memorandum in Support. A proposed order is also attached. The original sworn declaration of Claudio Araujo; the sworn supplementary declaration of Claudio Araujo; the sworn declaration of Brant Reamer; an unpublished Administrative Law Decision; and the sworn declarations of Cathy Hacker, Jose Martinez, Mary Richie, Peter Salcedo, and Shirley Richards are attached to the Application as Exhibits A, B, C, D, E, F, G, H, and I respectively.

Undersigned counsel hereby certifies pursuant to Local Rule 65.1(a) of the United States District Court for the District of Columbia that undersigned counsel intends to notify the Government — through its counsel Daniel F. Van Horn — of this Motion on January 11, 2017. Undersigned counsel intends to notify Mr. Van Horn through the ECF/CMS e-filing system.

    Respectfully submitted,

    /s/ *Ashley C. Parrish*
    Ashley C. Parrish
    DC Bar Number: 464683
    Kevin M. Dinan
    DC Bar Number: 406627
    KING & SPALDING LLP
    1700 Pennsylvania Avenue, NW, Suite 200

Washington, District of Columbia 20006
Telephone: (202) 626-2627
Facsimile: (202) 626-3737
Email: aparrish@kslaw.com

Ethan P. Davis
DC Bar Number: 1019160
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1224
Facsimile: (415) 318-1300
Email: edavis@kslaw.com

*Counsel for Arriva Medical LLC*

Dated: January 11, 2017